**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT** OCT 23 2024
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

TAMMY H. DOWNS, CLERK

2024 OCT 23  A 9:37 **IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
_Central_ **DIVISION**

DEP CLERK

TAMMY H. DOWNS

**CASE NO.** 4:24-cv-00873-KGB

Jury Trial: ☑ Yes ☐ No
**(Check One)**

## I.    Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.

A.    Name of plaintiff: Nathaniel Cosburn
ADC # 550267

Address: 735 South neely St Benton Ar 72015

Name of plaintiff: EDDie Nelson III
ADC # 102194

Address: 735 South neely St Benton Ar 72015

Name of plaintiff: And All others simulary situated
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.    Name of defendant: Cley lord
Position: District court Judse
Place of employment: District Court house
Address: 1605 Edison Ave Benton Ar 72015 #19
Name of defendant: Johnathan camp
Position: Cheif Public defender

4

Place of employment: _Saline County Public defenders office_

Address: _321 North main St Benton Ar 72015_

Name of defendant: _Chris Walton_

Position: _Cheif States Attorney_

Place of employment: _Saline County Prosecuting Attorney office_

Address: _102 South main St Benton Ar 72015_

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II.    Are you suing the defendants in:

☑    official capacity only
☑    personal capacity only
☑    both official and personal capacity

III.    Previous lawsuits

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____    No ☒

B.    If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐    Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

5

☐   Court (if federal court, name the district; if state court, name the county):

_____

☐   Docket Number: _____

☐   Name of judge to whom case was assigned: _____

☐   Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐   Approximate date of filing lawsuit: _____

☐   Approximate date of disposition: _____

IV.   Place of present confinement: Saline County Detention
735 South neely street Benton Ar 72015

V.   At the time of the alleged incident(s), were you:
(check appropriate blank)

___✗___ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI.   The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.   Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes _____   No ✗

B.   Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ____    No ✓

If not, why? The Jail grievance system Answers with the Same Answer they dont have Jurisdiction and my Lawyer States there is no Violations Occuring

VII.    Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

The Statement of claim is slightly different from the one filed by Ronald Breshears in Case 4:24-CV-00872-KGB. But we are in agreement that These and other similar violations are Occuring to Past, Present, and Possibly future defendants. They all have to do with Procedural Due Process and the laws defining them from Arrest to Conviction. And Thus we Agree this shall be A Class Action Suit. I got Arrested on ~~June 22~~ June 24, 2024 and on June 26 2024 I Actually went to A bond hearing under 8.1 but 8.2 Rule was Violated I was not Appointed an Attorney at this hearing to contest bail or Represent me in any way I have a Pre-Trial Release order from the court that is sided by everyone but a defense counsel I dont understand the ambiuous language of Release order with a bond Amount its a Release order and yet they do this to everyone none of the Paperwork is

fully filled out properly and they do this to everyone. Now on the Second occasion that A hearing was held in this criminal proceeding In the District court Before Judge Clay Ford I AS the defendant was not taken to Cowt under Rule 8.7 or In Person nor was I Asked if I wanted to Attend this hearing. Instead I was givin an Appearance order and forced to sign this Paperwork in the Confinements of my Barracks and on that Appearance order it States the following: I Clay Ford, Judge of the District court of Saline County, Do hereby certify that on this, date, the above named Defendant did appear before me with/by his or her attorney Public Defender, and the following was completed: This is not true because I was not Present at that hearing nor was Defence, or State Counsel So the Paperwork States. The document's are presented outside of the Cowt Room and not witnessed by any Judge. And the 60 day time frame that everyone has under Rule 8.6 in District Cowt when you call the Saline county Public Defender office they tell everyone that you have not been Appointed counsel and that there is noone to talk to yet because you have not been Appointed counsel. Me and Mr. Breshears has both Asked for the Preservation and the Record of the Proceedings under 8.7 to be sent to the Circuit Cowt and our Attorneys with no Avail. This is the Statement of Nathaniel Cosburn and the Original Statement is that of Ronald Breshears to Just Clarify the Record and this Suit is being brought under a Class Action and not As A Individual Claim and Should be as one Case number Lt. Grant is the Cowt Liason and A witness to the Events that took Place

Thanks,

Nathaniel Cosburn    10-18-2024
735 South Neely Rd
Benton AR 72015

## VIII.  Relief

<u>State briefly exactly what you want the court to do for you.</u>  Make no legal arguments.  Cite no cases or statutes.

In Injunctive Relief, declatory Relief, Damages, Attorney fees, emotional and mental distress, damages for imparment of reputation Personal humiliation, and compensatory Damages, Prospective Relief

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this  18 day of  October , 20 24.

Nathaniel Cogburn

Eddie Nele

_____

Signature(s) of plaintiff(s)

And All others similarly situated

Nathaniel Cosburn
735 South neely st
Benton Ar 72015



United States District Court
600 West capitol Ave Suite 402
Little Rock Ar 72201-3325

Lesal mail